UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DARLA EDWARDS,

        Debtors    /

Case No. 8:20-bk-03875-MGW

Chapter 7

### DEBTOR'S NOTICE OF CHANGE OF MAILING ADDRESS

Notice is hereby provided to the Clerk of the Bankruptcy Court that the mailing address for Darla Edwards (the "Debtor") has changed and is currently Darla Edwards, 110 Baird Cove Lane, Ashville, NC 28804. The Debtor hereby requests that the Clerk update the mailing matrix to reflect her new address.

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished via CM/ECF to all parties who receive notice via CM/ECF in the ordinary course of business on this 29th day of July, 2020.

/s/ *Sandra H. Day, Esquire*
Sandra H. Day, Esquire
FBN 189499
THE DAY LAW OFFICE
PO Box 5535
Spring Hill, FL 34611
Telephone:    (352) 684-6545
Facsimile:    (352) 684-4529
*Attorney for Debtor*